UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>    v.<br><br>SHAHZAD, INC.,<br><br>        Defendant. | Case No. 22-cv-00114-JST<br><br>**ORDER TO SHOW CAUSE AND SCHEDULING ORDER** |

Defendant Shahzad, Inc., is ORDERED TO SHOW CAUSE why monetary sanctions should not be imposed for its failure to appear at the case management conference held on October 31, 2023. *Roadway Express, Inc. v. Piper,* 447 U.S. 752, 764-67 (1980) (federal courts have inherent power to impose monetary sanctions for willful disobedience of a court order after a litigant has been given notice and an opportunity to be heard). A written response to this order to show cause is due by December 12, 2023. The Court will conduct a hearing on this order to show cause on December 19, 2023.

The Court sets a further case management conference on December 19, 2023. Prior to that time, the parties shall take all of the actions set forth in the Court's June 21, 2023 order. ECF No. 43. An updated joint case management statement is due December 12. In that statement, the parties shall address each of the topics set forth in the Court's June 21, 2023 order.

**IT IS SO ORDERED.**

Dated: October 31, 2023

_____
JON S. TIGAR
United States District Judge